89 So.2d 530

### SOUTHERN BENEFIT LIFE INS. CO.

### v.

### Levis HOLMES.

### 4 Div. 880.

Supreme Court of Alabama.

Sept. 6, 1956.

J. C. Fleming, Elba, for appellant.

F. B. McGill, Opp, and A. R. Powell, Jr., Andalusia, for appellee.

SIMPSON, Justice.

The questions sought to be presented on this appeal are not raised by assignments of error as required by Supreme Court Rule No. 1, Code of 1940, Tit. 7 Appendix. The result is that the judgment of the lower court must be affirmed. Tidwell v. Town of Town Creek, 264 Ala. 330, 87 So.2d 646; Purvis v. Ennis, 258 Ala. 174, 61 So.2d 451; Wetzel v. Hobbs, 249 Ala. 434, 31 So.2d 639.

Affirmed.

GOODWYN, MERRILL and SPANN, JJ., concur.